Robert M. Shipley and Lillian M. Shipley, His Wife, et al., Appellees, v. Oak Park Trust and Savings Bank, an Illinois Banking Corporation, as Trustee Under Trust No. 3296, and George Wallach, d/b/a Wallach Builders, Appellants.

Gen. No. 11,484.

Second District, Second Division.

April 28, 1961.

Ep-ton, Scott, McCarthy & Bohling, of Chicago, for appellants; Edward J. Vertovec, of Elmhurst, for appellees. Opinion by JUDGE WRIGHT. Not to be published in full.